IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUDREY SHEPHERD,

    Plaintiff,

v.                                    CASE NO.  4:12-cv-93-MW/CAS

GLENN A. BASSETT,

    Defendant.

_____/

ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.49, filed February 13, 2014.   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

Defendant's motion for summary judgment, ECF No. 34, is **GRANTED**. The Clerk shall enter judgment stating, "The Complaint is dismissed with prejudice."   The Clerk shall close the file.

**SO ORDERED on March 18, 2014.**

                                                  **s/Mark E. Walker               **
                                                **United States District Judge**